for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

ANTHONY M. ALBINO et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

ANGEL W. PEREZ et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Defendant, and ALLIED CHEMICAL CORPORATION, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

CHARLES W. BLACKMORE, Appellant, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

RAYMOND L. FINNEY, Appellant v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

ANTHONY M. ALBINO et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

ANGEL W. PEREZ et al., Appellants, v. NEW YORK CENTRAL RAILROAD COMPANY, Respondent, et al., Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

JOSEPHINE R. SIGISMONDI, as Administratrix of the Estate of ANGELO P. SIGISMONDI, Deceased, Plaintiff, v. AARON LEWIS et al., Doing Business as FOUR FORTY ENTERPRISES, et al., Defendants. AARON LEWIS et al., Third-Party Plaintiffs-Appellants, v. SIGISMONDI EXCAVATORS, INC., Third-Party Defendant-Respondent, et al., Third-Party Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

FRANK B. OLDHAM et al., Respondents, v. H. THEODORE MCROBERTS, Appellant, et al., Defendant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Motion for a stay of trial denied. Present — Williams, P. J., Bastow, Goldman, Halpern and Henry, JJ.

In the Matter of CALIFORNIA OIL COMPANY et al., Appellants, v. FRED ROOT et al., Constituting the Town Board of the Town of Salina, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

In the Matter of FRANKLIN CLARKE RETCHLESS, JR., an Attorney.— Resignation accepted and name stricken from roll of attorneys.

(A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. R. C. BROWN v. WALTER H. WILKINS, as Warden of Attica Prison. (B) THE PEOPLE OF THE STATE OF NEW YRK ex rel. WILLIAM SAMARION v. WALTER H. WILKINS, as Warden of Attica Prison. (C) THE PEOPLE OF THE STATE OF NEW YORK v. MORAN TYSON. (Reargument.) (D) THE PEOPLE OF THE STATE OF NEW YORK v. JAMES WILLIAMS and ANDREW WILLIAMS. (Reargument.) (E) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER CLARENCE EDWARDS v. WALTER H. WILKINS, as Warden of Attica Prison. (F) In the Matter of WILLIAM R. LISS v. WALTER H. WILKINS, as Warden of Attica Prison. (G) THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. SATISFIELD. (H) In the Matter of MARTIN X. SOSTRE v. PAUL D. MCGINNIS, as Commissioner of Correction, and

WALTER H. WILKINS, as Warden of Attica Prison. (Reargument.) (I) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS WAGER. (J) THE PEOPLE OF THE STATE OF NEW YORK ex rel. MORRELL WALKER v. WALTER H. WILKINS, as Warden of Attica Prison. (K) THE PEOPLE OF THE STATE OF NEW YORK v. MERLE WHIPPLE. (L) THE PEOPLE OF THE STATE OF NEW YORK ex rel. McKINLEY WILLIAMS v. WALTER H. WILKINS, as Warden of Attica Prison. [In each action] Motion to prosecute appeal on original papers, typewritten briefs, denied.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOHN JOSEPH MULLIGAN, Respondent, v. WARDEN OF AUBURN PRISON, Appellant.— Motion to dismiss appeal denied.

■ THE PEOPLE OF THE STATE OF NEW YORK v. KENNETH O. VAN SLYKE, Appellant.— Motion to prosecute appeal on original · papers, or for other relief denied. Memorandum: The documentary evidence herein irrefutably establishes that there is no merit to the petition.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLARENCE A. SMITH, Appellant.— Motion to prosecute appeal on original papers, and for other relief, denied. Memorandum: The claims asserted by the appellant cannot be made the basis of any relief in *coram nobis*.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. DOUGLAS S. MATT v. WALTER H. WILKINS, as Warden of Attica Prison.— Motion granted to prosecute appeal on original papers, typewritten briefs.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM F. JOHNSON. (Robert F. Wood, Esq.) (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIE RANSOM. (Harvey Mandelkern, Esq.) (C) THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALFRED LOSCHIAVO v. WALTER H. WILKINS, as Warden of Attica Prison. (John C. Lombardo, Esq.) (D) THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD R. SHELTON v. WALTER H. WILKINS, as Warden of Attica Prison. (James Li Brize, Esq.) (E) THE PEOPLE OF THE STATE OF NEW YORK v. FRANCIS DAVID ANGUS. (Arthur E. Bongiovanni, Esq.) (F') THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT RAYMOND JOHNSTON. (Jerome Weiss, Esq.) (G) THE PEOPLE OF THE STATE OF NEW YORK v. JOHN WALKER. (Victor J. Hershdorfer, Esq.) (H) THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES BURNEY (Charles R. Welch, Esq.) — [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK v. RALPH FRECCIA, JR. (Julien Wood, Jr., Esq.) — Motion to dismiss appeal denied. [In each action] Motion granted to prosecute appeal on original records, typewritten briefs, and counsel assigned, as indicated.

■ THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS PANEPINTO.— Motion granted and time for argument of appeals enlarged.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM CLARK v. ROBERT E. MURPHY, as Warden of Auburn Prison, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before February 15, 1963.

■ BERNARD FALCONE, Respondent, v. MYRTLE M. FALCONE, Appellant.— Motion to have case heard at present term of court denied.

■ WILLIAM SENECA, Plaintiff, v. L. C. WHITFORD Co., INC., et al., Defendants. L. C. WHITFORD Co., INC., Third-Party Plaintiff-Respondent, v. R. S. McMANUS STEEL CONST. Co., INC., Third-Party Defendant-Appellant.— Stay granted on condition that records and appellant's briefs are filed and served on or before January 28, 1963 and case ready for argument at February 1963 Term.